Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> vs. <br><br> K.M. JACKSON ENGINEERING, INC., a California Corporation, et al, <br><br> Defendants. | Case No.: C 06-4452 MHP <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT INTERNATIONAL BUSINESS AND MERCANTILE REASSURANCE COMPANY; ORDER THEREON** |

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice as to Defendant INTERNATIONAL BUSINESS AND MERCANTILE REASSURANCE COMPANY only, and request the Court to enter an order in conformity with their voluntary dismissal of the matter. To date, Defendant INTERNATIONAL BUSINESS AND MERCANTILE REASSURANCE

---

NOTICE OF VOLUNTARY DISMISSAL;
Case No. C 06-4452 MHP

- 1

COMPANY was served with the complaint and summons relating to this matter, but has not answered.

Dated this 11th day of November of 2006.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

## ORDER

Based upon the above and pursuant to Federal Rule Of Civil Procedure 41(a), this matter is dismissed without prejudice as to Defendant INTERNATIONAL BUSINESS AND MERCANTILE REASSURANCE COMPANY only.

Dated: 12/6/06

_____
MARILYN H. PATEL
HON. UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL;
Case No. C 06-4452 MHP

- 2 -