1 | Tracy L. Mainguy, Bar No. 176928
2 | Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
  | 1620 South Loop Road
3 | Alameda, CA 94502
  | (510) 748-7474
4 |
5 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br>vs.<br><br>K. M. JACKSON ENGINEERING, INC., a California corporation; and NEIL JEFFERY JACKSON, individually,<br><br>Defendants. | Case No.: C 06-4452 MHP<br><br>[PROPOSED] ORDER REGARDING MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT |

[PROPOSED] ORDER REGARDING APPLICATION FOR DEFAULT JUDGMENT BY COURT;
Case No. C 06-4452 MHP

1  Now before the Court is Plaintiffs' Motion For Entry of Default Judgment by Court. The Defendants, and each of them, did not answer the complaint, and neither of the Defendants filed an opposition to the motion for entry of default judgment by Court, or otherwise communicated with the Court. After carefully considering the papers filed by the Plaintiffs, the Motion For Entry of Default Judgment By Court is GRANTED. A separate judgment granting the relief sought by Plaintiffs shall be entered forthwith.

IT IS SO ORDERED.

Dated: February 28, 2007



_____
MARILYN HALL PATEL
HONORABLE JUDGE

[PROPOSED] ORDER REGARDING APPLICATION FOR DEFAULT JUDGMENT BY COURT;
Case No. C 06-4452 MHP