UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIL CROSTHWAITE, et al., | ) | |
| Plaintiff(s), | ) | No. C06-4452 MHP (BZ) |
| v. | ) | **BRIEFING ORDER** |
| K.M. JACKSON ENGINEERING, INC., et al. | ) | |
| Defendant(s). | ) | |

By Order dated March 8, 2007, the Honorable Marilyn H. Patel referred to me for report and recommendation plaintiffs' motion to charge defendant Neil Jeffery Jackson's interest in N.J. McFadden Development, LLC, for satisfaction of a judgment.  While plaintiffs' papers appear generally in order, they cite no authority for the proposition that, assuming issuance of a charging order, this Court may direct the previously-appointed receiver to NJ McFadden Development, LLC, to pay funds due to Neil Jeffery Jackson directly to plaintiffs.  In addition, exhibit "A" to the Declaration of Tracy L. Mainguy appears to contain sections of two different state court orders.  Therefore, **IT IS HEREBY ORDERED** as

follows:

1. Plaintiff shall by **Friday, March 30, 2007**, file a true and correct copy of the pertinent state court order regarding the appointment of receiver Mike Butler;

2. Plaintiff shall by **Wednesday, March 28, 2007**, serve upon receiver Mike Butler a copy of this Order;

3. Any Opposition or Statement of Non-Opposition to plaintiffs' motion shall be filed by **Friday, April 6, 2007.**

If a hearing is required, the parties shall be so informed.

Dated: March 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CROSTHWAITE V. KM JACKSON\BRIEFING.ORDER.wpd