UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,  )
                          )
        Plaintiff(s),     )     No. C06-4452 MHP (BZ)
                          )
    v.                    )     **SECOND BRIEFING ORDER**
                          )
K.M. JACKSON ENGINEERING, )
INC., et al.              )
                          )
        Defendant(s).     )
                          )
_____)

Opposition to plaintiff's motion to charge defendant Neil Jeffery Jackson's interest in N.J. McFadden Development, LLC, having been filed, **IT IS HEREBY ORDERED** that plaintiff's reply, if any, shall be filed by **Wednesday, May 9, 2007**. If necessary, a hearing on the motion will be scheduled.

Dated: May 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CROSTHWAITE V. KM JACKSON\SECOND.BRIEF.ORDER.wpd

1