1  Tracy L. Mainguy, Bar No. 176928
2  Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
   1620 South Loop Road
3  Alameda, CA 94502
4  (510) 748-7474

5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                  (SAN FRANCISCO HEADQUARTERS)

9

10 GIL CROSTHWAITE, JOHN BONILLA, in  )  Case No.: C 06-4452 MHP
   their respective capacities as Trustees of the )
11 OPERATING ENGINEERS HEALTH AND    )  **STIPULATION TO VACATE DEFAULT**
   WELFARE TRUST FUND FOR            )  **JUDGMENT AGAINST DEFENDANT**
12 NORTHERN CALIFORNIA; PENSION      )  **NEIL JEFFERY JACKSON AND FOR**
13 TRUST FUND FOR OPERATING          )  **NEIL JEFFERY JACKSON TO ACCEPT**
   ENGINEERS; PENSIONED OPERATING    )  **SERVICE OF THE COMPLAINT**
14 ENGINEERS HEALTH AND WELFARE      )
15 FUND; OPERATING ENGINEERS AND     )
   PARTICIPATING EMPLOYERS PRE-      )
16 APPRENTICESHIP; APPRENTICE AND    )
17 JOURNEYMAN AFFIRMATIVE ACTION     )
   TRAINING FUND; OPERATING          )
18 ENGINEERS VACATION AND HOLIDAY    )
19 PLAN; OPERATING ENGINEERS         )
   CONTRACT ADMINISTRATION TRUST     )
20 FUND; OPERATING ENGINEERS         )
21 MARKET PRESERVATION FUND;         )
   OPERATING ENGINEERS INDUSTRY      )
22 STABILIZATION TRUST FUND;         )
23 BUSINESS DEVELOPMENT TRUST        )
   FUND; and HEAVY AND HIGHWAY       )
24 COMMITTEE,                        )
25                                   )
           Plaintiffs,                )
26    vs.                             )
27                                   )
   K. M. JACKSON ENGINEERING, INC., a )
28 California corporation; and NEIL JEFFERY )
29 JACKSON, individually,            )
                                     )
30         Defendants.                )
   ──────────────────────────────────)

STIPULATION TO VACATE DEFAULT JUDGMENT AGAINST DEFENDANT NEIL JEFFERY JACKSON
AND FOR NEIL JEFFERY JACKSON TO ACCEPT SERVICE OF THE COMPLAINT;
Case No. C 06-4452 MHP

Plaintiffs and Defendant NEIL JEFFERY JACKSON stipulate and agree to the following:

1. Plaintiffs agree to set aside both the default entered by the Clerk against Defendant Neil Jeffery Jackson on November 9, 2006 and the default judgment that was entered by the Court against Defendant Neil Jeffery Jackson on February 28, 2007.

2. Defendant Neil Jeffery Jackson agrees to withdraw its motion to dismiss complaint against Neil Jackson for Insufficiency of Service.

3. Stacey A. Jackson, Attorney for Defendant Neil Jeffery Jackson, is authorized to, and agrees to accept service, by mail, of the Summons and Complaint on behalf of Defendant Neil Jeffery Jackson.

4. Neil Jeffery Jackson agrees to respond to the complaint twenty days from the date of service of the Summons and Complaint.

RESPECTFULLY SUBMITTED.

Dated this ___ day of May of 2007

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L MAINGUY
ATTORNEY FOR PLAINTIFFS

Dated this ___ day of May of 2007

THAYER, HARVEY, GREGERSON, HEDBERG & JACKSON

By: _____
STACEY A. JACKSON
ATTORNEY FOR DEFENDANT
NEIL JEFFERY JACKSON

/ / / / /

---

STIPULATION TO VACATE DEFAULT JUDGMENT AGAINST DEFENDANT NEIL JEFFERY JACKSON AND FOR NEIL JEFFERY JACKSON TO ACCEPT SERVICE OF THE COMPLAINT;
Case No. C 06-4452 MHP

2

## ORDER

Based upon the foregoing stipulation, and pursuant to Federal Rule of Civil Procedure 15(a), it is hereby ordered that: (1) the default entered by the Clerk against Neil Jeffery Jackson on November 9, 2006 is set aside; (2) judgment entered by the Court on February 28, 2007 in the amount of $122,910.88 against Defendant Neil Jeffery Jackson is vacated; (3) Defendant Neil Jeffery Jackson's motion to dismiss complaint against Neil Jackson for insufficiency of service is withdrawn; and (4) Defendant NEIL JEFFERY JACKSON will respond to the Complaint within twenty days of the date that the Complaint and Summons is served by mail on its Attorney, Stacey A. Jackson.

Dated:  May 8, 2007



_____
MARILYN HALL PATEL
HONORABLE DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO VACATE DEFAULT JUDGMENT AGAINST DEFENDANT NEIL JEFFERY JACKSON AND FOR NEIL JEFFERY JACKSON TO ACCEPT SERVICE OF THE COMPLAINT;
Case No. C 06-4452 MHP

3