Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>K.M. JACKSON ENGINEERING, INC., a California corporation, and NEIL JEFFREY JACKSON, individually,<br><br>Defendants. | Case No.: C06-4452 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants K.M. Jackson Engineering, Inc., and Neil Jeffrey Jackson, individually.

A Notice of Order After Hearing was filed by defendants' counsel on January 17, 2008, noticing the November 5, 2007 Order entered by the Superior Court of California, County of San

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C06-4452 MHP

P:\CLIENTS\OE3CL\K.M. Jackson Engineering\Pleading\C06-4452 MHP Notice of Voluntary Dismissal 052708.doc

1  Joaquin, Case No. CV 39531, discharging the Receiver and K.M. Jackson Engineering, Inc., from

2  any further duties or responsibilities due to the insolvency of the Receivership.

3      Plaintiffs have not previously filed or dismissed any similar action against defendants.

4  Dated: May 27, 2008                SALTZMAN & JOHNSON
5                                      LAW CORPORATION

6

7                          By:    _____/s/_____
                                  Michele R. Stafford
8                                 Attorneys for Plaintiffs

9

10 **IT IS SO ORDERED:**

11 Date:_5/28/2008_____

12                                  _____
                                    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C06-4452 MHP

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 27, 2008, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Kenneth R. Hedberg, Esq.**
**Thayer, Harvey, Gregerson, Hedberg & Jackson**
**1100 Fourteen Street, Suite F**
**Modesto, California  95354**

**Michael R. O'Neil, Esq.**
**Murphy, Austin, Adams, Schoenfeld**
**304 "S" Street**
**Sacramento, California 95811-6906**

**James Ganzer, Esq.**
**Ganzer & Williams**
**1617 St. Marks Plaza, #A**
**Stockton, California, 95207-7683**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of May 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C06-4452 MHP

P:\CLIENTS\OE3CL\K.M. Jackson Engineering\Pleading\C06-4452 MHP Notice of Voluntary Dismissal 052708.doc